**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NORTH CAROLINA
310 NEW BERN AVENUE
RALEIGH, NORTH CAROLINA 27601

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

TELEPHONE: (919) 645-6570

July 11, 2008

VIA FACSIMILE and U.S. MAIL

The Honorable Ortric D. Smith
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Your letter of June 23, 2008

Dear Judge Smith:

Thank you for your letter of June 23, 2008. I am writing to confirm that in part VII, page 4, lines 11 and 12, and page 5, lines 21-22, and 31-32, the income amount code for each should be "A" (i.e., $1,000 or less) and the type for each should be dividend. As for column C concerning those assets, the value method is T and the value code for lines 11 and 12 is K. The value code for lines 31 and 32 is J.

As for part VII, page 4, lines 14-17, and page 5, lines 18, 20-28, and 30-32, you note that my report lists "two Northwestern Mutual Life Policies and the mutual fund investments associated with those policies." Your letter states that "the filing instructions require that [I] disclose the full name of each mutual fund, which includes both the specific fund and the fund family." Your letter then states, "Please disclose the name of the company that sponsors each fund, e.g., Vanguard Index 500 Stock Fund."

I have contacted my insurance agent. He advised me that Northwestern Mutual does not invest the assets in the life insurance policies in mutual funds. Rather, Northwestern Mutual invests the money in portfolios. The portfolios are run similar to mutual funds, but there is no stock symbol or mutual fund symbol. The particular portfolios are only available to Northwestern Mutual annuity and variable life policy holders. Moreover, the portfolios and the entities which oversee the investments in the items listed in part VII, lines 15-22, and lines 25-32 are as follows:

The Honorable Ortrie D. Smith
July 11, 2008
page 2

| | |
|---|---|
| Index 500 Stock (lines 15 and 25) | Mason Street Advisors |
| Aggressive Growth Stock (lines 16 and 26) | Mason Street Advisors |
| Index 400 Stock (lines 17 and 27) | Mason Street Advisors and Alliance Bernstein |
| Small Cap Growth Stock (lines 18 and 28) | Mason Street Advisors |
| T. Rowe Small Cap Value (lines 19 and 29) | Mason Street Advisors and T. Rowe Price |
| Cap Guard Domestic (lines 20 and 30) | Mason Street Advisors and Capital Guardian |
| International Equity (lines 21 and 31) | Mason Street Advisors and Franklin Templeton |
| Equity Income (lines 22 and 32) | Mason Street Advisors and T. Rowe Price |

I hope that this letter answers all of your questions. If not, please contact me.

Very truly yours,

James C. Dever III

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dever, James C | 2. Court or Organization<br><br>U.S. District Court, EDNC | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>310 New Bern Ave.<br>Raleigh, NC 27601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. Director | North Wake County Baseball Association |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. 2007 | Maupin Taylor, P.A. Profit Sharing Plan (Maupin Taylor P.A. is my former law firm.) |
| 3. | |

RECEIVED 2008 MAY 14 P 1: 32 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | Campbell University (wages) | $ 6,760 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Substitute teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | April 12-13, 2007 | Durham, NC | Moot Court Judge | Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Maupin Taylor, P.A. Profit Sharing Plan | | | | | | | | | |
| 2. - Money Market Fund, Wachovia Securities | A | Int. | | | sell | 7/07 | K | | |
| 3. - AFIBX Fundamental Invs. Inc. - B | D | Dividend | L | T | | | | | |
| 4. - BFABX Bond Fund of Am. - B | B | Dividend | | | sell | 7/07 | K | | |
| 5. - IHCAX Hartford Cap Apprec Fund - B | D | Dividend | L | T | | | | | |
| 6. - NYVBX Davis NY Venture - B | B | Dividend | K | T | | | | | |
| 7. - OGLBX Oppenheimer GLBL FD - B | B | Dividend | K | T | | | | | |
| 8. - PVTBX Putnam Vista FD - B | A | Dividend | K | T | | | | | |
| 9. - TEDBX Mutual Sec FD Discover - B | B | Dividend | K | T | | | | | |
| 10. - MBAGX MFS Aggressive GR Allo - B | A | Dividend | K | T | | | | | |
| 11. Capital Income Bldr Fd CIBBX | | | | | buy | 7/07 | K | | |
| 12. Mutual Series FD Inc Discovery FD TEDBX | | | | | buy | 7/07 | K | | |
| 13. | | | | | | | | | |
| 14. Northwestern Mutual Life Policy | | | | | | | | | |
| 15. - Index 500 Stock | B | Div. | J | T | part sale | 8/07 | J | | |
| 16. - Aggressive Growth Stock | A | Div. | | | sale | 8/07 | J | | |
| 17. - Index 400 Stock | A | Div. | J | T | part sale | 8/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Small Cap Growth Stock | A | Div. | J | T | part sale | 8/07 | J | | |
| 19.    - T Rowe Small Cap Value | A | Div. | J | T | part sale | 8/07 | J | | |
| 20.    - Cap Guard Domestic Eq | B | Div. | J | T | part sale | 8/07 | J | | |
| 21.    - International Equity | | | | | buy | 8/07 | J | | |
| 22.    -Equity Income | | | | | buy | 8/07 | J | | |
| 23. | | | | | | | | | |
| 24.    Northwestern Mutual Life Policy | | | | | | | | | |
| 25.    - Index 500 Stock | A | Div. | J | T | part sale | 8/07 | J | | |
| 26.    - Aggressive Growth Stock | A | Div. | | | sell | 8/07 | J | | |
| 27.    - Index 400 Stock | A | Div. | J | T | part sale | 8/07 | J | | |
| 28.    - Small Cap Growth Stock | A | Div. | J | T | part sale | 8/07 | J | | |
| 29.    - T Rowe Small Cap Value | A | Div. | J | T | part sale | 8/07 | J | | |
| 30.    - Cap Guard Domestic | A | Div. | J | T | part sale | 8/07 | J | | |
| 31.    -International Equity | | | | | buy | 8/07 | J | | |
| 32.    -Equity Income | | | | | buy | 8/07 | J | | |
| 33. | | | | | | | | | |
| 34.    RBC Centura Bank Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 05/09/2008 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544